FILED & ENTERED

OCT 11 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY RUST    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, SANTA BARBARA DIVISION

| | |
|---|---|
| In re: CYNTHIA JOAN MARCUS,<br><br>　　　　　　Debtor.<br>_____<br>RICHARD MARCUS & ELIZABETH MARCUS,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CYNTHIA JOAN MARCUS,<br><br>　　　　　　Defendant.<br>_____ | Case No. 9:12-bk-12379-PC<br>Adv. No. 9:13-ap-01190-PC<br>CHAPTER 7<br><br>**ORDER DENYING MOTION FOR AWARD OF SANCTIONS PURSUANT RULES OF BANKRUPTCY PROCEDURE, RULE 9011**<br><br>Date:　　　October 6, 2016<br>Time:　　　10:00 a.m.<br>Courtroom:　201 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1.

**ORDER DENYING MOTION FOR AWARD OF SANCTIONS PURSUANT RULES OF BANKRUPTCY PROCEDURE, RULE 9011**

1  Defendants' Motion for Award of Sanctions Pursuant to Rules of Bankruptcy Procedure, Rule 9011 was heard on October 6, 2016 at 10:00 a.m. in Courtroom 201 of the above court, Hon. Peter H. Carroll, United States Bankruptcy Judge, presiding.  Dean P. Sperling, Esq. of Law Offices of Dean P. Sperling appeared on behalf of plaintiffs, and Terran T. Steinhart, Esq. of Steinhart Law Offices appeared on behalf of defendant.

Based on the findings and conclusions made at the hearing, IT IS ORDERED THAT:

The Motion is denied.

###

Date: October 11, 2016

Peter H. Carroll
United States Bankruptcy Judge