ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dean P. Sperling, Esq., State Bar No. 82936<br>LAW OFFICE OF DEAN P. SPERLING<br>114 Pacifica, Suite 250<br>Irvine, California 92618<br>(949) 333-6540 | FILED<br>AUG 22 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: |

☐ *Individual appearing without attorney*
☒ *Attorney for*  Judgment Creditors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| In re:<br>CYNTHIA JOAN MARCUS<br><br>Debtor(s). | CASE NO.: 12-BK-12397-PC<br>CHAPTER: 7<br>ADVERSARY NO.: 9:13-ap-01190-PC |
|---|---|
| RICHARD MARCUS & ELIZABETH MARCUS<br><br>Plaintiff(s),<br>vs.<br>CYNTHIA JOAN MARCUS<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): <u>Application for Order for Examination of Judgment Debtor</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>Order for Examination of Judgment Debtor</u>
was lodged on (*date*) <u>08/22/2017</u> and is attached. This order relates to the motion which is docket number _____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                          F 9021-1.2.ADV.NOTICE.LODGMENT

Name, Address, Telephone No. & I.D.

Dean P. Sperling, Esq., State Bar No. 82936
LAW OFFICE OF DEAN P. SPERLING
114 Pacifica, Suite 250
Irvine, California 92618
(949) 333-6540
Attorneys for Judgment Creditors

UNITED STATES BANKRUPTCY COURT
Central District of California
Northern Division

In Re
CYNTHIA JOAN MARCUS

Debtor.

BANKRUPTCY NO. 12-BK-12397-PC

RICHARD MARCUS & ELIZABETH MARCUS

Plaintiff(s)

ADVERSARY NO. 9:13-ap-01190-PC

v.
CYNTHIA JOAN MARCUS

Defendants(s)

## ORDER TO APPEAR FOR EXAMINATION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __3__ with exhibits, if any, for a total of __3__ pages, is granted. Application Docket Entry No. _____

//
//
//
//
//
//

DATED:

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

LAW OFFICE OF DEAN P. SPERLING
(Firm name)

By: _____DEAN P. SPERLING_____
Attorney for ☑ Movant ☐ Respondent

**THIS ORDER MUST BE SERVED NOT LESS THAN 14 DAYS PRIOR TO THE DATE SET FOR EXAMINATION.**

[Continued on Page 2]

ORDER TO APPEAR FOR EXAMINAT.
DEBTOR: CYNTHIA JOAN MARCUS

CASE NO.: 12-BK-12397-PC
ADV. NO.: 9:13-ap-01190-PC

1.  TO *(name)*:

    CYNTHIA JOAN MARCUS

2.  YOU ARE ORDERED TO APPEAR personally at the place, date, and time specified below to

    a. ☑ furnish information to aid in enforcement of a money judgment against you,

    b. ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor, or

    c. ☐ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| PLACE | DATE AND TIME |
|---|---|
| United States Bankruptcy Court<br>Central District of California<br>1415 State Street, Courtroom 201<br>Santa Barbara, CA 93101 | November 16, 2017 at 10:00 a.m. |

3.  This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

    ASAP Attrorney Services, LLC, by registered process server, 404 West 4th Street, Suite B, Santa Ana, CA 92701

ORDER TO APPEAR FOR EXAMINATION (Page 3)
DEBTOR: CYNTHIA JOAN MARCUS

CASE NO.: 12-BK-12397-PC
ADV. NO.: 9:13-ap-01190-PC

---

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

---

### APPEARANCE OF A THIRD PERSON
### (ENFORCEMENT OF JUDGMENT)

(1)   NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2)   NOTICE TO JUDGMENT DEBTOR: The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

---

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

NOTICE TO PERSON SERVED: if you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

---

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

114 Pacifica, Suite 250, Irvine, California 92618

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __08/21/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Terran T. Steinhart, Steinhart Law Offices, 4859 W. Slauson Ave. #407, Los Angeles, CA 90056

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/21/2017 | Dean P. Sperling | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                                    F 9021-1.2.ADV.NOTICE.LODGMENT